UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEBORAH FRENCH<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>GARDEN FRESH RESTAURANT CORP.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:13-cv-01949-GMN-PAL<br><br>ORDER |

Before the court is correspondence dated December 1, 2014, from defense counsel, Charles Hvass, Jr., indicating a conflict with the January 7, 2015, settlement conference date. A copy of the letter was sent to all counsel of record.

On October 29, 2014, the district judge referred this case to the undersigned for a settlement conference. An order scheduling the conference was entered November 3, 2014. On December 3, 2014, the district judge set this matter for bench trial for June 10, 2015. As Mr. Hvass advised he has a conflict on January 7, 2015, and the trial date is now scheduled in June 2015, the court will reschedule the January 7, 2015, settlement conference.

**IT IS ORDERED** that:

1. The settlement conference currently scheduled for January 7, 2015, at 9:30 a.m. is **VACATED** and **CONTINUED** to **April 15, 2015, at 9:30 a.m.,** in Chambers, Room 3071. Confidential settlement statements shall be received by Chambers no later than **4:00 p.m., April 8, 2015.**

2. The parties shall comply with the instructions within the Order Scheduling Settlement Conference (Dkt. #24)

DATED this 9th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE